UNITED STATES DISTRICT COURT
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>KENNETH E. MILLER,<br><br>       Defendant. | Case No. PO-10-005-CI<br><br>**PETTY OFFENSE**<br>**JUDGMENT FORM** |

Defendant was present and entered Guilty Plea to Count 1. Count 2 was Dismissed by the Government

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR §3.10(a)(2) | Operating vehicle w/ blood alcohol Level greater than .08 grams | 6/8/10 | 1 |
| 36 CFR §2.36(b)(2) | Possession of controlled substance | 6/8/10 | 2 |

**The Court Sentenced Defendant as follows:**

$ 10  SPECIAL ASSESSMENT

Unsupervised Probation from 9/30/10 - 9/5/11. As a condition of Probation, defendant shall complete a drug and alcohol awareness class at his own expense.

_____
Honorable Cynthia Imbrogno
U.S. Magistrate Judge

09-30-2010
Date